UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 6933

Sancom, Inc.                    Plaintiff,

-v-

AT&T Corp.

                                Defendant.

ECF CASE

Case No. _____

**Rule 7.1 Statement**

RECEIVED
AUG 0 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Sancom, Inc. _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff has no publicly held parents, affiliates, or subsidiaries.

Date: 7/31/08

Signature of Attorney

Attorney Bar Code: _____

Form Rule7_1.pdf  SDNY Web 10/2007