```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 9 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SANCOM, INC.                                :    1:08-cv-06933-UA

           *Plaintiff,*              :

           v.                         :    **ECF CASE**

AT&T CORP.,                                 :

           *Defendant.*             :

                                            :

                                            :

                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION AND ORDER EXTENDING TIME
### TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The parties to the above-captioned proceeding, by their respective attorneys, hereby stipulate and agree, subject to the approval of this Court, that the time to answer or otherwise respond to the Complaint herein, by agreement shall be extended to and including September 9, 2008.

Dated: August 18, 2008

                                                ROBINSON & MCDONALD, LLP
                                                Attorneys for the Plaintiff

                                                By _____
                                                Jayne Scimeca Robinson
                                                61 Broadway
                                                Suite 1415
                                                New York, New York 10006
                                                (212) 953-3888

Of counsel:

Ross A. Buntrock
Michael B. Hazzard
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W.
Seventh Floor
Washington, DC 20005
Phone (202) 467-6900
Fax (202) 467-6910

                                       SIDLEY AUSTIN LLP
                                       Attorneys for the Defendant

                                       By /s/ Steven M. Bierman
                                       Steven M. Bierman
                                       787 Seventh Avenue
                                       New York, New York 10019
                                       (212) 839-5300

SO ORDERED,
this ___ day of August, 2008

/s/ Paul A. Crotty
THE HONORABLE Paul A. Crotty
UNITED STATES DISTRICT JUDGE

Part I