UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SANCOM, INC.,

                     Plaintiff(s),                    **NOTICE OF COURT CONFERENCE**

     -against-

AT&T, INC.,                                        08 civ 6933 (JGK)

                     Defendant(s).
----------------------------------------------------------X

To All Parties,

You are directed to appear for a pretrial conference, to be held on **Monday, October 20, 2008 at 4:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                       Don Fletcher
                                        Courtroom Case Manager

Dated: New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 9/4/2008